IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
HALE COUNTY, TEXAS; DIANE )
WILLIAMS, the County Clerk, in her )
official capacity; and the HALE COUNTY )
COMMISSIONERS COURT, )
)
Defendants. )

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY – 5 2006

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

Civil Action No. 5:06-CV-043-C
ECF

## ORDER

Plaintiff has requested that the page containing the signatures of all counsel of record (dated February 27, 2006 and submitted with the parties' Proposed Consent Decree, Judgment, and Order) be substituted in place of page 13 of the Consent Decree (Modified), Judgment, and Order filed April 27, 2006.  Plaintiff has indicated that no party is opposed to the substitution.

IT IS, THEREFORE, ORDERED that the page containing the signatures of all counsel of record[1] shall be substituted as page 13 of the Consent Decree (Modified), Judgment, and Order filed April 27, 2006.

Dated May 5, 2006.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

---

[1]The original signature page shall be delivered to the Clerk with this Order.