IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 5:06-CV-043-C |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF EXPIRATION OF CONSENT** |
| | ) | **DECREE** |
| HALE COUNTY, TEXAS; | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

The United States files this notice to inform the Court of the status of the Consent Decree in the above-captioned case.

On February 27, 2006, the United States filed a Complaint against Hale County, Texas; then-County Clerk Diane Williams in her official capacity; and the Hale County Commissioners Court. The Complaint alleged that Defendants had failed to comply with Sections 203 and 208 of the Voting Rights Act, 42 U.S.C. §§ 1973aa-1a & 1973aa-6, arising from Hale County's election practices and procedures as they affect Spanish-speaking voters. On April 27, 2006, the Court entered a Consent Decree resolving the claims. See Consent Decree (Modified), Judgment, and Order, 06-CV-043-C (Apr. 27, 2006) (modified on May 5, 2006).

The United States has monitored the Defendants' compliance with the terms of the Consent Decree, and the parties have discussed the Defendants' plans for complying with applicable provisions of federal law in the future.

The Consent Decree is set to expire on December 31, 2009. See Consent Decree, ¶ 22. The parties are in agreement that further court oversight is not needed, and that the Consent Decree should be permitted to expire. The United States will not be seeking to extend the

Decree in this case.

Date: 17th day of December, 2009

                              Respectfully submitted,

                              JAMES T. JACKS
                              United States Attorney
                              E. SCOTT FROST
                              Assistant United States Attorney
                              State Bar No. 07488080
                              Telephone:    (806) 472-7566
                              Facsimile:     (806) 472-7394

                              /s/ John Albert Russ IV
                              _____
                              CHRISTOPHER COATES, Chief
                              JOHN ALBERT RUSS IV
                              JOSHUA L. ROGERS
                              Trial Attorneys
                              United States Department of Justice
                              Civil Rights Division
                              Voting Section
                              950 Pennsylvania Avenue NW - NWB-7254
                              Washington, D.C.  20530
                              Telephone:    (202) 353-7738
                              Facsimile:     (202) 307-3961
                              john.russ@usdoj.gov
                              joshua.rogers@usdoj.gov

## CERTIFICATE OF SERVICE

On December 17, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by the Federal Rule of Civil Procedure 5(b)(2).

/s/ John Albert Russ IV
_____
JOHN ALBERT RUSS IV